AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

SOUTHERN DISTRICT OF INDIANA

**JUDGMENT IN A CIVIL CASE**

JOANNE N. PHILLIPS,  )
    Plaintiff,  )
 )
  vs.  )  CASE NUMBER: IP 1:03-cv-391-RLY-WTL
 )
RAMCO, INC. f/d/b/a Highland Pointe Nursing Home,  )
    Defendant.  )

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came by motion before the Court.

IT IS ORDERED AND ADJUDGED that plaintiff take nothing from her complaint.

January 5, 2006
_____
Date

_____
Clerk, U.S. District Court

_____
Deputy Clerk, U.S. District Court